In the Matter of ARTHUR McKINNEY, Respondent, against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, Appellant.

(Argued February 26, 1935; decided March 12, 1935.)

*Paul Windels, Corporation Counsel (Paxton Blair, Edmund L. Palmieri* and *Charles E. Hirsimaki* of counsel), for appellant.

*George H. Stover* and *John T. Walsh* for respondent.

Order affirmed, with costs; no opinion. (See 266 N. Y. 665.)

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.